UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-02098-CJC(ANx) | Date | July 12, 2013 |
| Title | Cynthia Ann Dutch v. Internal Revenue Department of Treasury | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURT'S ORDER

  Plaintiff filed this action on December 4, 2012. On June 4, 2013, the Court issued a minute order which ordered plaintiff to show cause in writing on or before June 14, 2013 why this action should not be dismissed for lack of prosecution. On June 25, 2013, the Court issued a minute order re improper correspondence and communication with the judge and continued the Court's order to show cause to July 5, 2013 and ordered Plaintiff's response to be filed in compliance with the Local Rules. On July 3, 2013, the Court rejected Plaintiff's response for not complying with Local Rules 11-3.8 and 11-4.1. Plaintiff has failed to respond to the Court's Order. Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                 :   0

Initials of Preparer   mu